STATE of Missouri, Respondent,

v.

Brandon Joe Russell GREEN,
Appellant.

WD 78892

Missouri Court of Appeals,
Western District.

ORDER FILED: AUGUST 16, 2016

J. Eric Mitchell, Clinton, MO, Counsel for Appellant

Richard Mark Shields, Clinton, MO Counsel for Respondent

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

ORDER

Per Curiam:

Brandon Russell Green appeals from a judgment convicting him of the class A misdemeanor of child molestation in the second degree pursuant to Section 566.068, RSMo 2000. We affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

William G. WILCOX, Appellant.

WD 78198

Missouri Court of Appeals,
Western District.

ORDER FILED: AUGUST 16, 2016

Christine Katherine Lesicko, Jefferson City, MO, Counsel for Respondent

Margaret Mueller Johnston, Columbia, MO, Counsel for Appellant

Before Division Four: Alok Ahuja, P.J., Anthony Rex Gabbert, J. James F. Kanatzar, Sp. J.

ORDER

Per Curiam:

William Gene Wilcox appeals the circuit court's judgment entered upon a jury verdict convicting him of one count of attempted enticement of a child and one count of attempted sexual misconduct involving a child. We affirm. Rule 30.25(b).